AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Oklahoma  ▾

| | | |
|---|---|---|
| AMBER FERRELL | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   CIV-25-330-JAR |
| ORTHOTECH, LLC d/b/a SMILESET | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:      The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Amber Ferrell, Plaintiff                                                                                           .

Date:      09/15/2025                                /s/ Matthew D. Alison
                                                                    *Attorney's signature*

                                                        Matthew D. Alison, OBA No. 32723
                                                            *Printed name and bar number*
                                                        Indian and Environmental Law Group, PLLC
                                                        233 S. Detroit Ave. STE 200
                                                        Tulsa, OK 74120

                                                                    *Address*

                                                        matthew@iaelaw.com
                                                            *E-mail address*

                                                        (918) 347-6169
                                                            *Telephone number*

                                                            *FAX number*