**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| AMBER FERRELL, individually and on behalf of all others similarly situated,<br><br>*Plaintiff,*<br><br>v.<br><br>ORTHOTECH, LLC d/b/a SMILESET<br><br>*Defendant.* | Case No. CIV-25-330-JAR |

### MOTION FOR ADMISSION *PRO HAC VICE* OF ANTHONY PARONICH

Plaintiff in this action, by and through local counsel, Matthew D. Alison, respectfully requests that the Court grant this Motion for Leave to Appear *Pro Hac Vice* of Anthony Paronich, and shows as follows:

As the attached Request for Admission *Pro Hac Vice* reflects (Attachment 1), Anthony Paronich is a member in good standing of the jurisdictions to which he is admitted and satisfies the requirements of Local Rule 83.2(g) of this Court.  I hereby certify that:

Anthony Paronich is a member in good standing of the Bar of the State of Massachusetts, where he is licensed.  Unless other local counsel is substituted, I will remain local counsel for Plaintiff in this action.

WHEREFORE, Plaintiff in this action respectfully requests that the Court enter an Order allowing the admission *Pro Hac Vice* of Anthony Paronich to serve as additional counsel along with the present counsel of record.

Respectfully submitted this 16th day of September, 2025,

*/s/ Matthew D. Alison*
Matthew Alison, OBA 32723

1

Indian and Environmental Law Group, PLLC
233 S. Detroit, STE 200
Tulsa, OK 74120
Tel: (918) 347-6169
matthew@iaelaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of September, 2025, I electronically submitted the foregoing document to the Clerk of the Court using the ECF System for filing and transmittal of Notice of Electronic Filing for all registered participants.

/s/ Matthew D. Alison

2