# UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF OKLAHOMA

Amber Ferrell                                          )
_____
            Plaintiff(s)                            )
                                 )

vs.                                                    )     Case Number: CIV-25-330-JAR
                                 )

Orthotech, LLC d/b/a Smileset                          )
_____
            Defendant(s)

## REQUEST FOR ADMISSION PRO HAC VICE
### (to be attached to Motion for Admission Pro Hac Vice)

       I hereby request admission to the Bar of this Court PRO HAC VICE in support of which I represent that the answers to the following questions are complete, true, and correct:

1. Full Name: Anthony Paronich

2. State bar membership number: 678437, Massachusetts

3. Firm name, business address, telephone and fax numbers:

   Paronich Law, P.C.
   350 Lincoln Street, Suite 2400
   Hingham, MA 02043
   Tele: (617) 485-0018

4. List all state and federal courts or bar associations in which you are a member "in good standing" to practice law:

   The state bar of Massachusetts and the United States District Court for the District of Massachusetts, Western District of Wisconsin, Eastern District of Michigan, Northern District of Illinois, and Central District of Illinois.

5. Have you been denied admission, disbarred, suspended from practice, reprimanded, denied "in good standing" status, or otherwise disciplined by any court, bar association, grievance committee or administrative body?   No

6. Have any proceedings which could lead to any such disciplinary action been instituted against you in any such bodies?   No

   (Please attach a statement explaining any "Yes" answers to questions 5 or 6.)

7. Are you familiar with the Federal Rules of Evidence, the Federal Rules of Civil or Criminal Procedure (as applicable to this case) and the local rules and administrative procedures of this Court?   Yes

DATED this 16th day of September, 2025.

                                   */s/ Anthony Paronich*
                                   Anthony Paronich, Applicant