AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Oklahoma

| | | |
|---|---|---|
| Amber Ferrell | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. CIV-25-330-JAR |
| Orthotech, LLC d/b/a Smileset | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Amber Ferrell, Plaintiff   .

Date:   09/25/2025

/s/ Anthony Paronich
*Attorney's signature*

Anthony Paronich, Pro Hac Vice, MA 678437
*Printed name and bar number*
Paronich Law, PC
350 Lincoln ST, STE 2400
Hingham, MA 02043

*Address*

anthony@paronichlaw.com
*E-mail address*

(617) 485-0018
*Telephone number*

*FAX number*