IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| AMBER FERRELL, individually and on behalf of all others similarly situated )<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ORTHOTECH, LLC., )<br>)<br>Defendants. ) | Case No. 6:25-cv-00330-JAR<br><br>**ORAL ARGUMENT REQUESTED** |

**ORTHOTECH, LLC'S UNOPPOSED MOTION TO STAY ANSWER DEADLINE PENDING DISMISS, STAY OR TRANSFER PURSUANT TO THE FIRST-TO-FILE DOCTRINE**

Defendant OrthoTech, LLC ("OrthoTech") submits the following Unopposed Motion to Stay its Answer Deadline Pending the Motion Dismiss, Stay or Transfer this case pursuant to the first-to-file doctrine:

1. Plaintiff initiated this action on September 15, 2025. (Dkt. 1.)

2. OrthoTech waived service on September 16, 2025. (Dkt 1.) Its answer is presently due November 17, 2025. (Dkt. 11.)

3. On October 16, 2025, OrthoTech moved to dismiss, stay or transfer this case pursuant to the first-to-file doctrine (hereinafter, the "First-to-File Motion"). (Dkt. 12.)

4. In light of the impact the First-to-File Motion may have on this case, OrthoTech respectfully requests that its deadline to answer or otherwise respond to the Complaint be stayed pending this Court's evaluation of the First-to-File Motion.

5. A brief stay of OrthoTech's deadline to answer or otherwise respond to the Complaint will avoid the potential waste of party and judicial resources briefing and

evaluating a responsive pleading before it can be determined whether or where this case will proceed.

6.     On October 16, 2025, the Parties conferred, and Plaintiff does not oppose the relief sought by this Motion.

## **CONCLUSION**

For the foregoing reasons, OrthoTech respectfully requests the Court: (i) stay OrthoTech's answer deadline pending the First-to-File Motion; and (ii) award all other relief it deems equitable and just.

DATED:  October 20, 2025                              Respectfully submitted,

_____
Joseph R. Farris, OBA #2835
FRANDEN | FARRIS | QUILLIN
   GOODNIGHT | ROBERTS + WARD
Two West 2nd Street, Suite 900
Tulsa, OK  74103
(918) 583-7129
Fax: (918) 584-3814
jfarris@tulsalawyer.com

Mark S. Eisen, Esq.
(to be admitted *pro hac vice*)
**BENESCH, FRIEDLANDER,
COPLAN & ARONOFF LLP**
71 South Wacker Drive, Suite 1600
Chicago, Illinois  60606
Telephone:  (312) 212-4949
Facsimile:  (312) 767-9192
meisen@beneschlaw.com
***Attorneys for Defendant OrthoTech, LLC***

**CERTIFICATE OF SERVICE**

    I hereby certify that on the 20th day of October, 2025, I electronically transmitted the foregoing document to the Clerk of Court using the ECF system for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Matthew D. Alison
223 S. Detroit Ave., Suite 200
Tulsa, OK  74120

Anthony I. Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA  02043

                                                           /s/ Joseph R. Farris
                                                           Joseph R. Farris