**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| 1.  AMBER FERRELL, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiff,<br><br>v.<br><br>1.  ORTHOTECH, LLC.,<br><br>　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)  Case No. 6:25-cv-00330-JAR<br>)<br>)<br>)<br>) |

**UNOPPOSED MOTION TO EXTEND THE
DEADLINE TO ANSWER, MOVE OR OTHERWISE RESPOND
TO PLAINTIFF'S COMPLAINT**

Defendant OrthoTech, LLC ("OrthoTech") submits this Unopposed Motion to Extend its Deadline to Answer, Move or Otherwise Respond to Plaintiff's Complaint:

1. Plaintiff initiated this action on September 15, 2025. (Dkt. 1.)

2. OrthoTech waived service on September 16, 2025. (Dkt 1.) Its answer is presently due November 17, 2025. (Dkt. 11.)

3. On October 16, 2025, OrthoTech moved to dismiss, stay or transfer this case pursuant to the first-to-file doctrine (hereinafter, the "First-to-File Motion"). (Dkt. 12.)

4. On October 20, 2025, OrthoTech filed an Unopposed Motion Stay its Answer Deadline Pending the First-to-File Motion (hereinafter, the "Unopposed Motion to Stay the Answer Deadline"). (Dkt. 13.)

5. In light of the pending Unopposed Motion to Stay the Answer Deadline, OrthoTech respectfully requests a 28-day extension of its deadline to respond to the Complaint, up to and including December 15, 2025.

1

6. This is OrthoTech's first requested extension of its deadline to respond to Plaintiff's Complaint. Extending OrthoTech's deadline will not impact any trial or other deadlines in this matter, which have not yet been set by this Court.

7. Undersigned counsel has conferred with counsel for Plaintiff. Plaintiff does not object to the relief sought herein.

## REQUEST FOR RELIEF

For the foregoing reasons, OrthoTech respectfully requests the Court: (i) extend OrthoTech's deadline to answer, move or otherwise respond to Plaintiff's Complaint from November 17, 2025 to December 15, 2025; and (ii) award all other relief it deems equitable and just.

DATED: November 17, 2025

Respectfully submitted,

/s/ Joseph R. Farris
Joseph R. Farris, OBA #2835
FRANDEN | FARRIS | QUILLIN
  GOODNIGHT | ROBERTS + WARD
Two West 2nd Street, Suite 900
Tulsa, OK  74103
(918) 583-7129
Fax: (918) 584-3814
jfarris@tulsalawyer.com

        Mark S. Eisen, Esq.
(to be admitted *pro hac vice*)
**BENESCH, FRIEDLANDER,
COPLAN & ARONOFF LLP**
71 South Wacker Drive, Suite 1600
Chicago, Illinois 60606
Telephone: (312) 212-4949
Facsimile: (312) 767-9192
meisen@beneschlaw.com

*Attorneys for Defendant OrthoTech, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on the 17th day of November, 2025, I electronically transmitted the foregoing document to the Clerk of Court using the ECF system for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Matthew D. Alison
223 S. Detroit Ave., Suite 200
Tulsa, OK 74120

Anthony I. Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043

        /s/ Joseph R. Farris
        Joseph R. Farris