UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| AMBER FERRELL, | ) | |
| | ) | Case No. 6:25-cv-00330 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| ORTHOTECH, LLC d/b/a SMILESET | ) | |
| | ) | |
| Defendant. | ) | |

**MOTION FOR ADMISSION OF COUNSEL *PRO HAC VICE***

The Defendants OrthoTech, LLC d/b/a SmileSet by and through their attorney of record, Joseph R. Farris of Franden Farris Quillin Goodnight Roberts + Ward, move this Court, pursuant to Local Civil Rule 83.2(g), for the admission pro hac vice of Mark S. Eisen in this case as out-of-state counsel for captioned matter, on the following grounds:

1.      The undersigned is counsel of record for these proceedings and will continue to serve as counsel for them in this matter.

2.      Pursuant to Local Civil Rule 83.2(g), attached to this Motion for Admission as Exhibit 1 is the completed Request for Admission *pro hac vice* form of Mark S. Eisen. [See Ex. 1.]

3.      Mark S. Eisen is a member in good standing of the bar of the State of Illinois, California and North Carolina. [See Ex. 1.]

4.      Mark S. Eisen understands that, upon admission *pro hac vice*, he shall be subject to the disciplinary jurisdiction of this Court.

5.      Mark S. Eisen understands that admission pro hac vice is for this case only and does not constitute formal admission to the bar of this Court.

WHEREFORE  Defendant, respectfully request that this Court grant the application of out-of-state attorney, Mark S. Eisen, to appear *pro hac vice* before this Court on behalf of this Defendant.

Respectfully Submitted,

Joseph R. Farris, OBA #2835
FRANDEN | FARRIS | QUILLIN
  GOODNIGHT | ROBERTS + WARD
Two West 2nd Street, Suite 900
Tulsa, OK  74103
(918) 583-7129
Fax: (918) 584-3814
jfarris@tulsalawyer.com
**Attorneys for Orthotech LLC**
**d/b/a Smileset**

## CERTIFICATE OF SERVICE

I certify that on the 17th day of November, I electronically transmitted the above and foregoing document to the Clerk of the Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Joseph R. Farris