# UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| AMBER FERRELL,            )<br>                          )<br>          Plaintiff(s)  )<br>                          )<br>vs.                       )<br>                          )<br>ORTHOTECH, LLC d/b/a SMILESET  )<br>                          )<br>          Defendant(s)  ) | Case No. 6:25-cv-00330 |

### REQUEST FOR ADMISSION PRO HAC VICE
(to be attached to Motion for Admission Pro Hac Vice)

I hereby request admission to the Bar of this Court PRO HAC VICE in support of which I represent that the answers to the following questions are complete, true, and correct:

1. Mark S. Eisen

2. Illinois Bar 10/31/2013; California Bar 02/22/2013; and North Carolina 10/19/2018

3. Benesch, Friedlander, Coplan & Aronoff LLP
   71 S. Wacker Drive, Suite 1600
   Chicago, Illinois 60606
   Telephone: (312) 212-4956
   Fax: (312) 767-9192

4. List all state and federal courts or bar associations in which you are a member "in good standing" to practice law: Please see attached list.

5. Have you been denied admission, disbarred, suspended from practice, reprimanded, denied "in good standing" status, or otherwise disciplined by any court, bar association, grievance committee or administrative body?  Yes_____  No___X___

6. Have any proceedings which could lead to any such disciplinary action been instituted against you in any such bodies?  Yes_____  No___X___

   (Please attach a statement explaining any "Yes" answers to questions 5 or 6.)

7. Are you familiar with the Federal Rules of Evidence, the Federal Rules of Civil or Criminal Procedure (as applicable to this case) and the local rules and administrative procedures of this Court?  Yes___X___  No_____

8. Have you completed a training course for the CM/ECF application in any Court? If yes, list where and the date of completion. Yes____X____. To the best of my recollection, I would have completed CM/ECF training online on or about late 2013 or early 2014.

DATED this 17th day of November, 2025.

                                         *s/ Mark S. Eisen*
                                         Signature