Bars, state and federal, of which the applicant is a member in good standing, with dates of admission and registration numbers, if any;

| **Jurisdiction** | **Year Admitted** | **Bar No.** | **Good Standing** |
|---|---|---|---|
| State of California | February 22, 2013 | 289009 | Yes |
| State of Illinois | October 31, 2013 | 6312738 | Yes |
| State of North Carolina | October 19, 2018 | 53836 | Yes |
| U.S. Court of Appeals Eleventh Circuit | December 19, 2018 | | Yes |
| U.S. Court of Appeals Ninth Circuit | February 28, 2014 | | Yes |
| U.S. District Court Central District of California | January 2, 2014 | | Yes |
| U.S. District Court Eastern District of California | January 21, 2014 | | Yes |
| U.S. District Court Northern District of California | January 2014 | | Yes |
| U.S. District Court Southern District of California | January 21, 2014 | | Yes |
| U.S. District Court, District of Colorado | February 28, 2025 | | Yes |
| U.S. District Court Northern District of Illinois | January 3, 2014 | | Yes |
| U.S. District Court; Southern District of Illinois | January 5, 2024 | | Yes |
| U.S. District Court Eastern District of Michigan | February 21, 2014 | | Yes |
| U.S. District Court Eastern District of Missouri | April 9, 2024 | 6312738IL | Yes |
| U.S. District Court Middle District of North Carolina | March 14, 2024 | | Yes |
| U.S. District Court Eastern District of North Carolina | February 8, 2023 | | Yes |