# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| Amber Ferrell, | ) | |
| individually and on behalf | ) | |
| of all others similarly situated | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 25-CV-330-JAR |
| | ) | |
| Orthotech, LLC, | ) | |
| d/b/a Smileset | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER SETTING SCHEDULING CONFERENCE AND
### VIDEO RULE 73 CONFERENCE AND
### REQUIRING JOINT STATUS REPORT

This case is set for and in person Scheduling Conference on **JANUARY 26, 2026, AT 10:00 A.M.,** before U.S. Magistrate Judge Jason A. Robertson at the U.S. Courthouse, 5th and Okmulgee Streets, Courtroom 3, Room 432, Muskogee, Oklahoma.

Pursuant to Fed.R.Civ.P. 26(f), the parties are to confer as soon as practicable prior to the Scheduling Conference. The parties are directed to prepare and file a Joint Status Report on or before **JANUARY 19, 2026**. Judge Robertson's Joint Status Report form can be obtained from our public web site at the following address: https://www.oked.uscourts.gov/content/jason-robertson-magistrate-judge.

To assist in the preparation of the Joint Status Report, a video Rule 73 Conference will be conducted by this Court with lead counsel of record for each litigant in attendance on **JANUARY 15, 2026, AT 10:00 A.M.** The video link for the Rule 73 Conference will be e-mailed to the parties approximately 30 minutes prior to the scheduled Conference. **IF ALL PARTIES SUBMIT THEIR CONSENT FORM INDICATING THEY CONSENT TO THE JURISDICTION OF THE U.S. MAGISTRATE JUDGE PRIOR TO JANUARY 15, 2026, THE RULE 73 CONFERENCE WILL BE STRICKEN.** Judge Jason A. Robertson - Rule 73 | Eastern District of Oklahoma | United States District Court



      **FOR CASES WHERE THE DISTRICT JUDGE OPTION HAS BEEN EXERCISED AND THE CASE IS REFERRED FROM THE U.S. DISTRICT JUDGE TO THE U.S. MAGISTRATE JUDGE:** The Court will conduct the in-person Scheduling Conference on the date and at the time specified in this Order, without regard to whether the parties request or do not request that the Conference be held in the Joint Status Report.

      **FOR CASES ORIGINALLY ASSIGNED TO A U.S. MAGISTRATE JUDGE OR CASES CONSENTING FROM THE U.S. DISTRICT JUDGE TO THE U.S. MAGISTRATE JUDGE:** If the parties have set forth an agreed, definitive date for completion of discovery in the Joint Status Report, **indicated on the Joint Status Report that all parties consent to the jurisdiction of the U.S. Magistrate Judge**, and do not request that a Scheduling Conference be held in person, the Court will enter a Scheduling Order and the Scheduling Conference will be stricken. The trial will be set approximately 120 days after the close of discovery.

      IT IS SO ORDERED this 30th day of December 2025.

JASON A. ROBERTSON
United States Magistrate Judge
Eastern District of Oklahoma