IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| AMBER FERRELL, individually and on behalf of all others similarly situated | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 6:25-cv-00330-JAR ) |
| ORTHOTECH, LLC., | ) ) |
| Defendant. | ) |

**DEFENDANT'S UNOPPOSED MOTION TO
WITHDRAW DOCKET ENTRIES 12 AND 13
AND FILE A MOTION TO DISMISS**

Defendant OrthoTech, LLC ("OrthoTech") submits the following Unopposed Motion to Withdraw Docket Entries 12 and 13, and to file a Motion to Dismiss, and in support thereof states as follows:

1. Plaintiff initiated this action on September 15, 2025. (Dkt. 1.)

2. OrthoTech waived service on September 16, 2025. (Dkt 11.)

3. On October 16, 2025, OrthoTech moved to dismiss, stay or transfer this case pursuant to the first-to-file doctrine (hereinafter, the "First-to-File Motion"). (Dkt. 12.)

4. On October 20, 2025, OrthoTech filed its motion to stay the answer deadline pending the First-to-File Motion (hereinafter, the "Motion to Stay"). (Dkt. 13.) The Motion to Stay was unopposed. (*Id.*)

5. The Parties have conferred and believe the basis for the First-to-File Motion will become moot. As a result, OrthoTech seeks to withdraw the First-to-File Motion and, as a result, the Motion to Stay.

1

6.	The Parties have further conferred and, in light of OrthoTech's withdrawal of the pending First-to-File Motion and Motion to Stay, agree to permit OrthoTech to file a forthcoming Motion to Dismiss Pursuant to Rule 12(b)(6) no later than January 19, 2026.

## CONCLUSION

For the foregoing reasons, OrthoTech respectfully requests the Court: (i) allow the withdrawal of the Motions entered at Docket Numbers 12 and 13; (ii) to permit OrthoTech up to and including January 19, 2026 to file a Motion to Dismiss Pursuant to Rule 12(b)(6); and (iii) to award all other relief it deems equitable and just.

DATED:  January 12, 2026

Respectfully submitted,

*/s/ Joseph R. Farris*

Joseph R. Farris, OBA #2835
FRANDEN | FARRIS | QUILLIN
   GOODNIGHT | ROBERTS + WARD
Two West 2nd Street, Suite 900
Tulsa, OK  74103
(918) 583-7129
Fax: (918) 584-3814
jfarris@tulsalawyer.com

Mark S. Eisen, Esq.
(*pro hac vice* pending)
**BENESCH, FRIEDLANDER,**
**COPLAN & ARONOFF LLP**
71 South Wacker Drive, Suite 1600
Chicago, Illinois  60606
Telephone:  (312) 212-4949
Facsimile:  (312) 767-9192
meisen@beneschlaw.com
***Attorneys for Defendant OrthoTech, LLC***

**CERTIFICATE OF SERVICE**

  I hereby certify that on the 12th day of January, 2026, I electronically transmitted the foregoing document to the Clerk of Court using the ECF system for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Matthew D. Alison
223 S. Detroit Ave., Suite 200
Tulsa, OK 74120

Anthony I. Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043

/s/ Joseph R. Farris
Joseph R. Farris