UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| AMBER FERRELL, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>ORTHOTECH, LLC d/b/a SMILESET<br><br>*Defendant.* | Case No. 6:25-cv-00330-JAR |

**PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION TO DEFENDANT'S MOTION TO DISMISS**

Plaintiff Amber Ferrell respectfully moves the Court for an extension of time to file her Opposition to Defendant's Motion to Dismiss and requests that the deadline be extended to February 12, 2026. This Motion is made pursuant to Local Civil Rule 7.1(i) and Federal Rule of Civil Procedure 6(b)(1), and in support states as follows:

1. Under Local Civil Rule 7.1(i), a party opposing a motion must file its response within fourteen (14) days after service of the motion, unless the Court orders otherwise.

2. Defendant filed its Motion to Dismiss on January 15, 2026 making Plaintiff's opposition currently due on January 29, 2026.

3. Good cause exists for a brief extension of time. Plaintiff's opposition addresses complex issues of federal law and then Oklahoma statutory law.

4. The requested extension is modest, made in good faith, and not sought for purposes of delay.

5. Defendant will not be prejudiced by this short extension, and the requested relief will aid the Court by ensuring a complete and well-briefed response.

6. This is Plaintiff's first request for an extension of time related to this filing.

For these reasons, Plaintiff respectfully requests that the Court extend the deadline for filing her Opposition to February 12, 2026.

7. The Defendant has been consulted and does not oppose this motion.

Respectfully submitted this 26th day of January, 2026.

/s/ Anthony I. Paronich
Anthony I. Paronich, *pro hac vice*
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
(508) 221-1510
anthony@paronichlaw.com

Matthew D. Alison, OBA No. 32723
233 S. Detroit Ave. STE 200

>Tulsa, OK 74120
>918-347-6169
>matthew@iaelaw.com
>
>*Counsel for Plaintiff and those similarly situated*