AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Eastern District of Oklahoma

| Amber Ferrell | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 6:25-cv-00330-JAR |
| Orthotech, LLC | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Orthotech, LLC

Date: 02/05/2026

/s/ Mark S. Eisen
*Attorney's signature*

Mark S. Eisen (IL 6312738)
*Printed name and bar number*

Benesch, Friedlander, Coplan & Aronoff LLP
71 S. Wacker Drive, Suite 1600
Chicago, Illinois 60606

*Address*

meisen@beneschlaw.com
*E-mail address*

(312) 212-4956
*Telephone number*

(312) 767-9192
*FAX number*