# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| Amber Ferrell, individually and on behalf of all others similarly situated, | |
| Plaintiff | Case No. 6:25-cv-00330-JAR |
| v. | |
| Orthotech, LLC | Jury Trial Demanded |
| Defendants. | |

## NOTICE OF WITHDRAWAL

COMES NOW Plaintiff, who hereby files this Notice of Withdrawal of ECF No. 30, which was inadvertently filed with a highlighted footnote. The corrected document has been submitted.

Dated: February 12, 2026

,

PLAINTIFF,

*/s/ Anthony I. Paronich*
Anthony I. Paronich, *Pro Hac Vice*
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
(508) 221-1510