IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| AMBER FERRELL, individually and on behalf of all others similarly situated<br><br>Plaintiff,<br><br>v.<br><br>ORTHOTECH, LLC.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) Case No. 6:25-cv-00330-JAR<br>)<br>)<br>)<br>) |

**ORTHOTECH, LLC'S MOTION FOR ORAL ARGUMENT
REGARDING ITS MOTION TO DISMISS PURSUANT TO RULE 12(b)(6)**

Defendant OrthoTech, LLC ("OrthoTech"), by and through undersigned counsel, respectfully requests an in-person oral argument on its Motion to Dismiss Pursuant to Rule 12(b)(6), (Dkt. 22), and in support thereof states as follows:

1. Plaintiff alleges she received text messages without his consent despite that he is registered on the national do not call registry. (Dkt. 1 ¶¶ 17, 18.) Plaintiff asserts two claims as a result: (i) one claim for the alleged violation of the Telephone Consumer Protection Act ("TCPA"), 47 U.S.C. § 227(c)(5) (premised on the regulation found at 47 C.F.R. § 64.1200(c)(2)) and (ii) one claim for the alleged violation of the Oklahoma Telephone Solicitation Act ("OTSA"), Okla. Stat. Ann. tit. 15, § 775C, *et seq*.

2. OrthoTech moved to dismiss this case on January 15, 2026, pursuant to Federal Rule of Civil Procedure 12(b)(6). Specifically, OrthoTech contends that the private right of action afforded by 47 U.S.C. § 227(c)(5) applies exclusively to "telephone calls" and thus does not apply to text messages. *See* 47 U.S.C. § 227(c)(5). Further, OrthoTech

moved to dismiss Plaintiff's OTSA claim on the bases that: (i) absent a TCPA claim, Plaintiff alleges no independent bases to federal jurisdiction, (ii) Plaintiff does not articulate any provision of the OTSA she believes to be violated and (iii) Plaintiff does not allege that she was "aggrieved" under the OTSA and thus cannot bring her claim.

3. OrthoTech believes oral argument on OrthoTech's Motion to Dismiss would be beneficial to this Court for two reasons.

4. <u>First</u>, the issue of whether the provision of the TCPA at issue applies to text messages presents exclusively a matter of statutory interpretation, and one that has created a recent split of authority. As OrthoTech notes in its Motion, multiple courts have determined that text messages *are not* covered. *See Jones v. Blackstone Med. Servs., LLC*, 792 F. Supp. 3d 894 (C.D. Ill. 2025); *Davis v. CVS Pharmacy, Inc.*, 797 F. Supp. 3d 1270 (N.D. Fla. 2025); *Sayed v. Naturopathica Holistic Health, Inc.*, No. 8:25-CV-00847-SDM-CPT, 2025 WL 2997759, at *2 (M.D. Fla. Oct. 24, 2025).

5. OrthoTech acknowledges, however, that some courts have reached a contrary conclusion (albeit OrthoTech contends these cases were wrongly decided). *See, e.g.*, *Mujahid v. Newity, LLC*, No. 25 C 8012, 2025 WL 3140725, at *1 (N.D. Ill. Nov. 10, 2025).

6. In light of this split of authority, OrthoTech contends oral argument would be beneficial to this Court in weighing these cases and the legal issue at hand.

7. <u>Second</u>, OrthoTech acknowledges that Plaintiff's OTSA claim is novel. That is, the OTSA has been subject to exceptionally little judicial interpretation. Oral argument will thus enable a more fulsome discussion of this claim that OrthoTech contends will be beneficial in weighing critical issues. Indeed, this Court will likely be the first to evaluate

the term "aggrieved" in the context of the OTSA.

8.  OrthoTech thus respectfully requests that this Court hear oral argument on the Motion to Dismiss pending in this case. OrthoTech would also prefer that any such oral argument, if permitted, occur in person.

## CONCLUSION

For the foregoing reasons, OrthoTech respectfully requests that this Court schedule oral argument regarding its Motion to Dismiss.

DATED: February 17, 2026

Respectfully submitted,

*s/ Joseph R. Farris*
Joseph R. Farris, OBA #2835
FRANDEN | FARRIS | QUILLIN
  GOODNIGHT | ROBERTS + WARD
Two West 2nd Street, Suite 900
Tulsa, OK  74103
(918) 583-7129
Fax: (918) 584-3814
jfarris@tulsalawyer.com

Mark S. Eisen, Esq.
(admitted *pro hac vice*)
**BENESCH, FRIEDLANDER,
COPLAN & ARONOFF LLP**
71 South Wacker Drive, Suite 1600
Chicago, Illinois  60606
Telephone:  (312) 212-4949
Facsimile:  (312) 767-9192
meisen@beneschlaw.com

*Attorneys for Defendant OrthoTech, LLC*

## CERTIFICATE OF SERVICE

    I hereby certify that on the 17th day of February, 2026, I electronically transmitted the foregoing document to the Clerk of Court using the ECF system for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Matthew D. Alison
223 S. Detroit Ave., Suite 200
Tulsa, OK  74120

Anthony I. Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA  02043

                                                       *s/ Joseph R. Farris*
                                                       Joseph R. Farris