IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| AMBER FERRELL, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ORTHOTECH, LLC.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>) Case No. 6:25-cv-00330-JAR<br>)<br>)<br>)<br>) |

## ORTHOTECH, LLC'S
## NOTICE OF SUPPLEMENTAL AUTHORITY

1. Defendant OrthoTech, LLC ("OrthoTech") respectfully provides notice of two recent decisions bearing on OrthoTech's Motion to Dismiss. (Dkt. 22.)

2. Specifically, in its Motion to Dismiss, OrthoTech sought dismissal of Plaintiff's claim under the Telephone Consumer Protection Act ("TCPA), 47 U.S.C. § 227(c)(5) on the basis that Subsection 227(c)(5) applies only to *telephone calls* and does not apply to *text messages*.

3. On February 17, 2026, a Northern District of Georgia court issued a decision captioned *Radvansky v. 1-800-Flowers.com, Inc.*, No 1:25-cv-2811, 2026 WL 456919 (N.D. Ga. Feb. 17, 2026) (attached as Exhibit 1). Following a comprehensive analysis, the court held that "the phrase 'telephone call' in 47 U.S.C. § 227(c)(5) does not encompass text messages." *Id.* at *5; *see also id.* at *3-5 (providing the entire analysis).

4. The court further found persuasive another recent decision issued on February 12, 2026 in the Northern District of Georgia, *Radvansky v. Kendo Holdings, Inc.*,

1

No. 3:23-cv-00214 (N.D. Ga. Feb. 12, 2026) (attached as <u>Exhibit 2</u>). In *Kendo*,[1] the court conducted a fulsome statutory analysis of the issue at hand and held that "because the Court finds that text messages do not fall within the term 'telephone call' under Section 227(c)(5), Plaintiff's claim fails as a matter of law." *Id.* at 3-7.

5. This Court should follow the logic and analysis of these decisions, in addition to those decisions cited by OrthoTech in its papers.

DATED: February 20, 2026                                Respectfully submitted,

/s/*Joseph R. Farris*
Joseph R. Farris
**FRANDEN | FARRIS | QUILLIN
GOODNIGHT | ROBERTS +WARD**
2 W SECOND ST STE 900
TULSA, OK 74103-4509
918-583-7129
Fax: 918-584-3814
Email: jfarris@tulsalawyer.com

Mark S. Eisen, Esq.
(admitted *pro hac vice*)
**BENESCH, FRIEDLANDER,
COPLAN & ARONOFF LLP**
71 South Wacker Drive, Suite 1600
Chicago, Illinois 60606
Telephone: (312) 212-4949
Facsimile: (312) 767-9192
meisen@beneschlaw.com
***Attorneys for Defendant OrthoTech, LLC***

---

[1] Because both cases involve the same plaintiff, OrthoTech uses the defendant's name to distinguish. Furthermore, though the *Kendo* decision was issued on February 12, 2026, prior to the submission of OrthoTech's reply brief on February 17, 2026, the *Kendo* decision is not available on Westlaw. OrthoTech thus did not become aware of the decision until it was cited in the *1-800-Flowers.com* ruling. Plaintiff's counsel is counsel of record in both *1-800-Flowers.com* and *Kendo*, and thus was aware of these decisions.

2

## **CERTIFICATE OF SERVICE**

      I hereby certify that on the 20th day of February 2026, I electronically transmitted the foregoing document to the Clerk of Court using the ECF system for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Matthew D. Alison
223 S. Detroit Ave., Suite 200
Tulsa, OK  74120

Anthony I. Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA  02043

                                                     s/Joseph R. Farris
                                                   _____
                                                   Joseph R. Farris