**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| AMBER FERRELL, *individually and* *on behalf of all others similarly situated* | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 6:25-cv-00330-JAR |
| ORTHOTECH, LLC d/b/a/ SMILESET, | ) ) | |
| Defendant. | ) | |

**MOTION FOR ADMISSION *PRO HAC VICE* OF JESSICA E. GARLAND**

Plaintiff in this action, by and through local counsel, Matthew D. Alison, respectfully requests that the Court grant this Motion for Leave to Appear *Pro Hac Vice* of Jessica E. Garland, and shows as follows:

As the attached Request for Admission *Pro Hac Vice* reflects (Attachment 1), Jessica E. Garland is a member in good standing of the jurisdictions to which she is admitted and satisfies the requirements of Local Rule 83.2(f) of this Court. I hereby certify that:

Jessica E. Garland is a member in good standing of the Bar of the State of California, where she is licensed. Unless other local counsel is substituted, I will remain local counsel for Plaintiff in this action.

WHEREFORE, Plaintiff in this action respectfully requests that the Court enter an Order allowing the admission *Pro Hac Vice* of Jessica E. Garland to serve as additional counsel along with the present counsel of record.

Respectfully submitted this 18th day of March, 2026,

/s/ Matthew D. Alison
Matthew Alison, OBA 32723
Indian and Environmental Law Group, PLLC
233 S. Detroit, STE 200
Tulsa, OK 74120
Tel: (918) 347-6169

matthew@iaelaw.com

*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I, Matthew D. Alison, certify that on March 18, 2026, I electronically submitted the foregoing document to the Clerk of the Court using the ECF System for filing and transmittal of Notice of Electronic Filing for all registered participants.

*/s/ Matthew D. Alison*
Matthew D. Alison