# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF OKLAHOMA

|  |  |  |
|---|---|---|
| AMBER FERRELL, *individually and on behalf of all others similarly situated,* | ) ) ) | |
| Plaintiff(s) | ) ) | |
| vs. | ) ) | Case Number: 6:25-cv-00330-JAR |
| ORTHOTECH, LLC d/b/a SMILESET. | ) ) | |
| Defendant(s) | | |

### REQUEST FOR ADMISSION PRO HAC VICE
(to be attached to Motion for Admission Pro Hac Vice)

I hereby request admission to the Bar of this Court PRO HAC VICE in support of which I represent that the answers to the following questions are complete, true, and correct:

1. Full Name: Jessica E. Garland

2. State bar membership number: 344535, California

3. Firm name, business address, telephone and fax numbers:

   Gupta Wessler LLP                    Tel: (202) 888-1741
   2001 K Street, NW                    Fax: (202) 888-7792
   Suite 850 North
   Washington, D.C. 20006

4. List all state and federal courts or bar associations in which you are a member "in good standing" to practice law:

   I am admitted to practice and in good standing (*i.e.*, currently authorized to practice as an attorney) in the following United States court(s) and/or state's highest court(s):

   Bar of the District of Columbia (1/15/20), Bar of the State of California (7/13/22); Northern District of California (1/16/25); Pennsylvania Western District Court (1/23/25); Supreme Court of the United States (2/20/24); U.S. Court of Appeals for the Fourth Circuit (10/20/22); U.S. Court of Appeals for the Fifth Circuit (3/27/23); U.S. Court of Appeals for the Sixth Circuit (10/21/22); U.S. Court of Appeals for the Seventh Circuit (12/26/25); U.S. Court of Appeals for the Eighth Circuit (11/3/22); U.S. Court of Appeals for the Ninth Circuit (2/14/23); U.S. Court of Appeals for the Tenth Circuit (7/25/24); and the U.S. Court of Appeals for the Eleventh Circuit (2/12/25).

5. Have you been denied admission, disbarred, suspended from practice, reprimanded, denied "in good standing" status, or otherwise disciplined by any court, bar association, grievance committee or administrative body?   No

6. Have any proceedings which could lead to any such disciplinary action been instituted against you in any such bodies?   No

   (Please attach a statement explaining any "Yes" answers to questions 5 or 6.)

7.  Are you familiar with the Federal Rules of Evidence, the Federal Rules of Civil or Criminal Procedure (as applicable to this case) and the local rules and administrative procedures of this Court?  Yes

8.  Have you completed a training course for the CM/ECF application in any Court?  If yes, list where and the date of completion.  No

DATED this 18th day of March, 2026.

_/s/ Jessica E. Garland_____
Signature