**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| AMBER FERRELL, individually and on behalf of all others similarly situated | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) | Case No. 6:25-cv-00330-JAR |
| ORTHOTECH, LLC., | ) ) ) | |
| Defendants. | ) | |

**ORTHOTECH, LLC'S**
**NOTICE OF SUPPLEMENTAL AUTHORITY**

1.      Defendant OrthoTech, LLC ("OrthoTech") respectfully provides notice of a recent decision bearing on OrthoTech's Motion to Dismiss. (Dkt. 22.)

2.      Specifically, in its Motion to Dismiss, OrthoTech sought dismissal of Plaintiff's claim under the Telephone Consumer Protection Act ("TCPA), 47 U.S.C. § 227(c)(5) on the basis that Subsection 227(c)(5) applies only to *telephone calls* and does not apply to *text messages*.

3.      On March 3, 2026, a Northern District of Ohio court issued a decision in the matter captioned *Stockdale v. Skymount Prop. Grp., LLC*, No. 1:25 CV 1282, 2026 WL 591842, at *1 (N.D. Ohio Mar. 3, 2026) (attached hereto). In *Stockdale*, the Court engaged in a thorough and independent analysis of the issue at hand here, looking to the "plain meaning of 'telephone call' at the time Congress enacted the TCPA." *Id.* at *3. The Court looked not only at the meaning of the term "call," but also the term "telephone," and held that "'telephone call' could not include modern-day text messages because text messages

1

do not use a telephone to reproduce sounds at a distance." *Id.* The Court further determined that it is the responsibility of Congress to fill the gap left following the reversal of *Chevron*. *Id.* at *4.

5.    This Court should follow the logic and analysis of these decisions, in addition to those decisions cited by OrthoTech in its papers.

DATED:  March 19, 2026                    Respectfully submitted,

*s/ Joseph R. Farris*
Joseph R. Farris, OBA #2835
FRANDEN | FARRIS | QUILLIN
    GOODNIGHT | ROBERTS + WARD
Two West 2nd Street, Suite 900
Tulsa, OK  74103
(918) 583-7129
Fax: (918) 584-3814
jfarris@tulsalawyer.com

Mark S. Eisen, Esq.
(admitted *pro hac vice*)
**BENESCH, FRIEDLANDER,**
**COPLAN & ARONOFF LLP**
71 South Wacker Drive, Suite 1600
Chicago, Illinois  60606
Telephone:  (312) 212-4949
Facsimile:  (312) 767-9192
meisen@beneschlaw.com

*Attorneys for Defendant OrthoTech, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 19th day of March, 2026, I electronically transmitted the foregoing document to the Clerk of Court using the ECF system for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Matthew D. Alison
223 S. Detroit Ave., Suite 200
Tulsa, OK  74120

Anthony I. Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA  02043

*s/ Joseph R. Farris*
Joseph R. Farris

3