AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Eastern District of Oklahoma

| | | |
|---|---|---|
| Amber Ferrell | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   6:25-cv-00330-JAR |
| Orthotech LLC | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:      The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff, Amber Ferrell                                                                          .

Date:      03/25/2026

s/ Jessica Garland
*Attorney's signature*

Jessica Garland (pro hac vice), DC 1671029
*Printed name and bar number*
2001 K Street NW
Suite 850 North
Washington, DC 20006

*Address*

jessie@guptawessler.com
*E-mail address*

(202) 888-1741
*Telephone number*

*FAX number*

**Print**            **Save As...**                                                            **Reset**