**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| AMBER FERRELL, *individually and on behalf of all others similarly situated* | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 6:25-cv-00330-JAR |
| ORTHOTECH, LLC d/b/a/ SMILESET, | ) ) | |
| Defendant. | ) | |

**PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF HER**
**RESPONSE IN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS**

Plaintiff Amber Ferrell ("Plaintiff") submits this Notice of Supplemental Authority to advise the Court of a recent decision relevant to the Court's consideration of Defendant's Motion to Dismiss the Complaint (ECF No. 22). On March 13, 2026, the United States District Court for the Eastern District of Virginia denied a motion to dismiss raising arguments materially similar to those asserted by Defendant here, including the contention that text messages do not constitute "calls" under the Telephone Consumer Protection Act. *See McGonigle v. Teleflora LLC*, Civil Action No. 1:25-cv-00807, ECF No. 66 (Attached as Exhibit "A").

The motion to dismiss in *McGonigle* was fully briefed and the parties also presented oral argument to the court. The hearing transcript is attached as Exhibit "B." After considering that briefing and argument, the court denied the motion.

Although the court did not issue a written opinion, the denial of the motion after briefing and oral argument confirms that the arguments advanced by Defendant here do not provide a basis for dismissal at the pleading stage.

Plaintiff respectfully requests that the Court consider this authority in evaluating

Defendant's Motion to Dismiss.


Dated: March 25, 2026                    Respectfully submitted,

                                         */s/ Jessica E. Garland*
                                         Jessica E. Garland
                                         Gupta Wessler LLP
                                         2001 K Street, NW
                                         Suite 850 North
                                         Washington, DC 20006
                                         (202) 888-1741
                                         Email: jessie@guptawessler.com

                                         Anthony Paronich
                                         Paronich Law, PC
                                         350 Lincoln St, Ste 2400
                                         Hingham, MA 02043
                                         (617) 485-0018
                                         Fax: 508-318-8100
                                         Email: anthony@paronichlaw.com

                                         Matthew Alison, OBA 32723
                                         Indian and Environmental Law Group,
                                         PLLC
                                         233 S. Detroit, STE 200
                                         Tulsa, OK 74120
                                         (918) 347-6169
                                         Email: matthew@iaelaw.com


                                         *Counsel for plaintiff*

**CERTIFICATE OF SERVICE**

I, Jessica E. Garland, certify that on March 25, 2026, I electronically submitted the

foregoing document to the Clerk of the Court using the ECF System for filing and transmittal of

Notice of Electronic Filing for all registered participants.

/s/ Jessica E. Garland
Jessica E. Garland