IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

ANDREW JAMES MCGONIGLE, ON
BEHALF OF HIMSELF AND OTHERS
SIMILARLY SITUATED,
                    *Plaintiff*,

        v.                                          1:25-cv-807-MSN-WEF

TELEFLORA, INC.,
                    *Defendant*.

## ORDER

This matter comes before the Court on Defendant's Motion to Dismiss (ECF 53) and

Plaintiff's Motion to Transfer (ECF 56). Upon consideration of the Motions (ECF 53, 56) and for

the reasons stated in open court, it is hereby

ORDERED that the Motions (ECF 53, 56) are DENIED; and it is further

ORDERED that Defendant will respond to the Second Amended Complaint within

fourteen (14) days of the entry of this Order.

**IT IS SO ORDERED.**

The Clerk is directed to forward a copy of this Order to counsel of record.

/s/
Michael S. Nachmanoff
United States District Judge

_____
Michael S. Nachmanoff
United States District Judge

March 13, 2026
Alexandria, Virginia