**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **JOUREY NEWELL,** individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>*v.*<br><br>**RXLINK INC.**<br><br>*Defendant.* | Case No.<br><br>2:25-cv-4270-MRP |

**ORDER**

AND NOW, this 12th day of March, 2026, upon consideration of the Defendant's Motion to Dismiss (ECF 15), Plaintiffs' opposition (ECF 23) and the other supplemental briefing in this matter (ECF Nos. 33, 38, 39-41) , it is hereby **ORDERED** that Defendant's motion is **DENIED**.

*BY THE COURT:*

_____

Hon. Mia R. Perez