**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF OKLAHOMA**

AMBER FERRELL, *individually and* )
*on behalf of all others similarly situated* )
                                            )
                Plaintiff,                  )
                                            )
        v.                                  )          Case No. 6:25-cv-00330-JAR
                                            )
ORTHOTECH, LLC d/b/a/ SMILESET,             )
                                            )
                Defendant.                  )

**PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF HER**
**RESPONSE IN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS**

Plaintiff Amber Ferrell ("Plaintiff") submits this Notice of Supplemental Authority to advise the Court of a recent decision relevant to the Court's consideration of Defendant's Motion to Dismiss the Complaint (ECF No. 22). On March 23, 2026, the United States District Court for the Eastern District of Pennsylvania denied a motion to dismiss raising arguments materially similar to those asserted by Defendant here, including the contention that text messages do not constitute "calls" under the Telephone Consumer Protection Act. *See Cole v. C/T Install America, LLC*, Civil Action No. 25-353l, ECF No. 26 (E.D. Pa. Mar. 23, 2026) (Attached as Exhibit "A").

The court's order analyzed the "plain meaning of the phrase 'telephone call,'" the "structure of the entire TCPA," and "Congress's expressly stated goal" in holding that "the phrase 'telephone call' as used in §227(c) includes text messages." *Id.* at 1–4 n.1.

Plaintiff respectfully requests that the Court consider this authority in evaluating Defendant's Motion to Dismiss.

Dated: March 25, 2026

Respectfully submitted,

*/s/ Jessica E. Garland*
Jessica E. Garland
Gupta Wessler LLP
2001 K Street, NW
Suite 850 North
Washington, DC 20006
(202) 888-1741
Email: jessie@guptawessler.com

Anthony Paronich
Paronich Law, PC
350 Lincoln St, Ste 2400
Hingham, MA 02043
(617) 485-0018
Fax: 508-318-8100
Email: anthony@paronichlaw.com

Matthew Alison, OBA 32723
Indian and Environmental Law Group,
PLLC
233 S. Detroit, STE 200
Tulsa, OK 74120
(918) 347-6169
Email: matthew@iaelaw.com

*Counsel for plaintiff*

**CERTIFICATE OF SERVICE**

I, Jessica E. Garland, certify that on March 25, 2026, I electronically submitted the

foregoing document to the Clerk of the Court using the ECF System for filing and transmittal of

Notice of Electronic Filing for all registered participants.


*/s/ Jessica E. Garland*
Jessica E. Garland