**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| AMBER FERRELL, | ) |
| Plaintiff(s), | ) |
| | ) Case No. CIV-25-330-JAR |
| **v.** | ) |
| | ) Date:    3/26/2026 |
| ORTHOTECH, | ) |
| | ) Time: 1:30 pm – 2:22 PM |
| Defendant(s). | ) |
| | ) |
| | ) |
| | ) |

**MINUTE SHEET**
**MOTION HEARINGS [22] Motion to Dismiss**

Jason A. Robertson, Judge      Joe Church, Deputy Clerk      K. Anderson, Law Clerk

FTR - Courtroom 3 –
Room 432

**Plaintiff's Counsel:** Matt Alison – Jessica Garland
**Defendant's Counsel:** Mark Eisen – Joe Farris

**MINUTES**

| | |
|---|---|
| 1:30 pm | Court calls case; Counsel announce their appearance for the record. Defendant's counsel, Mark |
| | Eisen makes oral announcement ([22] *Defendant's Motion to Dismiss*) Plaintiff's counsel, |
| | Jessica Garland makes oral argument. Defense counsel, Mark Eisen responds. Court takes |
| 2:22 pm | Ruling under advisement. Order to be entered. Nothing further. Adjourn |
| | |
| | |
| | |