IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

AMBER FERRELL, individually and on
   behalf of all others similarly situated

             Plaintiff,

v.

ORTHOTECH, LLC.,

             Defendants.

)
)
)
)
)
)
)  Case No. 6:25-cv-00330-JAR
)
)
)
)

**NOTICE OF RELATED CASE**

Defendant OrthoTech, LLC hereby notifies this Court that on June 5, 2026, the Western District of Texas transferred a matter to this Court captioned *Carlos Castillejos v. Orthotech LLC d/b/a Smileset*, 26-cv-00184-JAR. The *Castillejos* matter was transferred to this Court pursuant to the first-to-file rule, in light of the substantial overlap between the *Ferrell* and *Castijellos* cases.

In *Castillejos* case, as here, there is a pending Motion to Dismiss the claims pursuant to the Telephone Consumer Protection Act, 47 U.S.C. §227 et seq. ("TCPA"), raising fundamentally the applicability of Section 227(c)(5) to text messages. Also, as here, the Motion to Dismiss in *Castillejos* includes dismissal of the state law claim pursuant to Texas Business and Commerce Code, Section 305.053 ("TBCC").

OrthoTech would invite a status conference at this Court's convenience if necessary to ensure these matters proceed efficiently.

1

Respectfully submitted,

Joseph R. Farris, OBA #2835
FRANDEN | FARRIS | QUILLIN
  GOODNIGHT | ROBERTS + WARD
Two West 2nd Street, Suite 900
Tulsa, OK  74103
(918) 583-7129
Fax: (918) 584-3814
jfarris@tulsalawyer.com

Mark S. Eisen, Esq.
(admitted *pro hac vice*)
**BENESCH, FRIEDLANDER,
COPLAN & ARONOFF LLP**
71 South Wacker Drive, Suite 1600
Chicago, Illinois  60606
Telephone:  (312) 212-4949
Facsimile:  (312) 767-9192
meisen@beneschlaw.com

*Attorneys for Defendant OrthoTech, LLC*

2

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on the 11th day of June, 2026, I electronically transmitted the foregoing document to the Clerk of Court using the ECF system for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Matthew D. Alison                    Jessica Garland
223 S. Detroit Ave., Suite 200       2001 K Street NW
Tulsa, OK  74120                     Suite 850 North
                                     Washington, DC 20006

Anthony I. Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA  02043

_____
Joseph R. Farris

3