**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| AMBER FERRELL, *individually and* | ) | |
| *on behalf of all others similarly situated* | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 6:25-cv-00330-JAR |
| | ) | |
| ORTHOTECH, LLC d/b/a/ SMILESET, | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF WITHDRAWAL AS COUNSEL**

The plaintiff provides notice of the withdrawal of Jessica E. Garland, admitted pro hac vice, as counsel in this matter. The plaintiff will continue to be represented by counsel from Paronich Law, PC and Indian and Environmental Law Group, PLLC who have appeared in this case.

Respectfully submitted this 22nd day of June, 2026,

S/ *Anthony Paronich*
ANTHONY PARONICH, pro hac vice
PARONICH LAW, PC
350 Lincoln St
Suite 2400
Hingham, MA 02043
Tel: 617-485-0018
*anthony@paronichlaw.com*

MATTHEW ALISON, OBA 32723
INDIAN AND ENVIRONMENTAL LAW GROUP, PLLC
233 S. Detroit
Suite 200
Tulsa, OK 74120
Tel: (918) 347-6169
*matthew@iaelaw.com*

*Counsel for Plaintiff*

1

**CERTIFICATE OF SERVICE**

I, Anthony Paronich, certify that on June 22, 2026, I electronically submitted the foregoing document to the Clerk of the Court using the ECF System for filing and transmittal of Notice of Electronic Filing for all registered participants.

S/ *Anthony Paronich*
ANTHONY PARONICH, pro hac vice