UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| Amber Ferrell, individually and on behalf of all others similarly situated,<br><br>Plaintiff<br><br>v.<br><br>Orthotech, LLC<br><br>Defendants. | Case No. 6:25-cv-00330-JAR<br><br>Jury Trial Demanded |

**NOTICE OF DISMISSAL WITHOUT PREJUDICE**

The Plaintiff files this Notice of Dismissal without Prejudice pursuant to Fed. R. Civ. P. 41(a) with each party to bear its own costs and fees.

| Dated: August 22, 2026 | Respectfully Submitted: |
|---|---|
| | *<u>/s Anthony I. Paronich</u>*<br>Paronich Law, P.C.<br>350 Lincoln Street, Suite 2400<br>Hingham, MA 02043<br>[o] (617) 485-0018<br>[c] (508) 221-1510<br>[f] (508) 318-8100 |