IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| AMBER FERRELL, individually and on behalf of all others similarly situated | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 6:25-cv-00330-JAR |
| ORTHOTECH, LLC., | ) | **[LEAD CASE]** |
| Defendants. | ) | |
| CARLOS CASTILLEJOS, individually and on behalf of all others similarly situated | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 6:26-cv-00184-JAR |
| ORTHOTECH, LLC., | ) | **[MEMBER CASE]** |
| Defendants. | ) | |

**MOTION FOR STATUS CONFERENCE**

Defendant OrthoTech, LLC respectfully moves for a status conference to discuss the voluntary dismissal of the *Ferrell* Action, this Court's consolidation order, Plaintiff Castillejos's claims and the case law to develop since the Parties' oral argument in the *Ferrell* Action. In support thereof, OrthoTech states as follows:

1. Pending before this Court are two consolidated putative class actions asserting claims under the Telephone Consumer Protection Act ("TCPA"), 47 U.S.C. § 227(c)(5), relating to the alleged receipt of unsolicited text messages. Central to these matters is whether Section 227(c)(5) applies to text messages.

2. The *Ferrell* Action also asserted a state law claim under the Oklahoma Telephone Solicitation Act, Okla. Stat. tit. 15 §§ 775C.1, *et seq*. (*See* Case No. 6:25-cv-00330, Dkt. 1.) The *Castillejos* Action also asserts a state law claim under Texas law, Texas Business and Commerce Code, Section 305.053 ("TBCC"). (*See* Case No. 6:26-cv-00184, Dkt. 25.)

3. On March 26, 2026, this Court heard oral argument concerning the Motion to Dismiss filed in the *Ferrell* action.

4. On June 5, 2026, the *Castillejos* Action was transferred to this Court from the Western District of Texas, pursuant to the first-to-file rule, in light of the substantial overlap between the two cases. (*See* Case No. 6:26-cv-00184, Dkt. 32, 33.)

5. At the time of transfer, there was pending in the *Castillejos* Action a Motion to Dismiss (*see id.*, Dkt. 15) and a Motion to Stay Discovery (*see id.*, Dkt. 24.)

6. On July 9, 2026, OrthoTech filed an unopposed motion to consolidate the *Ferrell* and *Castillejos* Actions. (*Id.*, Dkt. 40.)

7. On August 19, 2026, this Court granted the motion to consolidate. (*Id.*, Dkt. 44.) In so ruling, this Court deemed moot the Motions to Dismiss and to Stay Discovery. (*Id.*)

8. On August 22, 2026, Plaintiff Ferrell filed a notice of voluntary dismissal. (*See* Case No. 6:25-cv-00330, Dkt. 53.)

9. A number of supplemental authorities were filed in the *Ferrell* Action and the *Castillejos* Action. Most significantly, on July 14, 2026, the Seventh Circuit ruled that text messages "do not fall within the private right of action created by § 227(c)(5)." Steidinger v. Blackstone Med. Servs., 182 F.4th 532, 540 (7th Cir. 2026).

10. OrthoTech respectfully contends that a status conference would be appropriate to address (i) the consolidation Order, (ii) Plaintiff Ferrell's voluntary dismissal, (iii) the case law to have developed since the Parties' oral argument in the *Ferrell* Action, (iv) the reinstatement of the Motions filed in the *Castillejos* Action and (iv) Plaintiff Castillejos's TBCC claim. OrthoTech contends a status conference would be particularly beneficial in light of the complex procedural history of these cases and to allow the Parties and the Court to determine the best path forward.

11. Counsel for OrthoTech conferred with counsel for Plaintiff Castillejos via email on August 24, 2026. Counsel would not join in this motion, but did not oppose the concept of holding a status conference.

Respectfully submitted,

Joseph R. Farris

Joseph R. Farris, OBA #2835
FRANDEN | FARRIS | QUILLIN
GOODNIGHT | ROBERTS + WARD
Two West 2nd Street, Suite 900
Tulsa, OK 74103
(918) 583-7129
Fax: (918) 584-3814
jfarris@tulsalawyer.com

Mark S. Eisen, Esq.
BENESCH, FRIEDLANDER,
COPLAN & ARONOFF LLP
71 South Wacker Drive, Suite 1600
Chicago, Illinois 60606
(312) 212-4949
Fax: (312) 767-9192
meisen@beneschlaw.com

***Attorneys for Defendant***

**CERTIFICATE OF SERVICE**

I hereby certify that on the 24th day of August, 2026, I electronically transmitted the foregoing document to the Clerk of Court using the ECF system for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Matthew D. Alison
223 S. Detroit Ave., Suite 200
Tulsa, OK 74120

Anthony I. Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043

Christopher Berman
SHAMIS GENTILE
14 Ne 1st Ave Suite 705
Miami, FL 33132
865-603-7365

Manuel Hiraldo
Hiraldo PA
246 Shore Court
Lauderdale-By-The-Sea, FL 33308
954-400-4713

Michael Eisenband
Eisenband Law, PA
515 E Las Olas Blvd, Ste 120
Fort Lauderdale, FL 33301
954-533-4092

Joseph R. Farris